

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| AARON CRAIG HINMAN, | § | No. 08-16-00226-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 112th Judicial District |
| THE STATE OF TEXAS, | § | |
| | | of Pecos County, Texas |
| Appellee. | § | |
| | | (TC# P-3601-112-CR) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF JULY, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.